Fennemore Craig, P.C.
Christopher Gooch (No. 019101)
Anthony W. Austin (No. 025351)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: cgooch@fennemorelaw.com
Email: aaustin@fennemorelaw.com

*Attorneys for Debtor*
*Charles Michael Colburn*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CHARLES MICHAEL COLBURN,<br><br>Debtor. | Chapter: 7<br><br>No. 2:21-bk-05407-MCW<br><br>DECLARATION OF COMPENSATION STATEMENT BY FENNEMORE CRAIG, P.C. |

Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I hereby certify that Fennemore Craig, P.C. has been engaged to represent the above-captioned Debtor Charles Michael Colburn as counsel in connection with the lawsuit filed in Maricopa County Superior Court as *Unisys Technical Solutions, LLC et al. v. CSI Solutions, LLC et al.* (CV2020-006195) (the "State Court Litigation").

Fennemore Craig received a $10,000 deposit for services rendered or to be rendered in connection with the State Court Litigation is as follows via credit card payment on December 7, 2021 paid by Michael Colburn's parents.

The Debtor has agreed to pay Fennemore Craig at the firm's hourly rates of $125 to $550 per hour.

DECLARATION OF COMPENSATION STATEMENT BY FENNEMORE CRAIG, P.C.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

19125656.1

Case 2:21-bk-05407-MCW    Doc 273    Filed 12/08/21    Entered 12/08/21 14:04:03    Desc
Main Document    Page 1 of 3

The source of the compensation received, and to be received, by Fennemore Craig is the Debtor's parents (the "Retainer"). The Retainer was paid to Fennemore Craig via credit card on December 7, 2021. Undersigned counsel, Chris Gooch spoke with Michael Colburn's mother to receive the credit card information (credit card is in his step-father's name) and confirmed that his parents are the source of the payment.

Fennemore Craig has not shared nor agreed to share such compensation with anyone.

DATED this 8th day of December, 2021

FENNEMORE CRAIG, P.C.

By: */s/ Anthony W. Austin*
Christopher Gooch
Anthony W. Austin
*Attorneys for Debtor*
*Charles Michael Colburn*

COPY of the foregoing was
served via ECF notice on all parties registered to
receive notice via ECF and to the following via email:

Janel M. Glynn
The Burgess Law Group
janel@theburgesslawgroup.com
*Attorneys for Debtor*

Randy Nussbaum
Sacks Tierney P.A.
Randy. njssbaum@sackstierney.com
*Attorneys for Debtor*

David M. Reaves
Misty M. Weigle
Reaves Law Group
*dreaves@reaves-law.com*
*mweigle@reaves-law.com*
*Trustee*

Elizabeth C. Amorosi
US Trustee
Office of the US Trustee
Elizabeth.c.amorosi@usdoj.gov

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

DECLARATION OF COMPENSATION STATEMENT BY FENNEMORE CRAIG, P.C.

Case 2:21-bk-05407-MCW   Doc 273   Filed 12/08/21   Entered 12/08/21 14:04:03   Desc
Main Document   Page 2 of 3
19125656.1

Steven D. Jerome
Emily Gildar Wagner
James G. Florentine
Snell & Wilmer, L.L.P.
sjerome@swlaw.com
ewagner@swlaw.com
jflorentine@swlaw.com
*Attorneys for MedMen Enterprises, Inc.*

*/s/ Gidget Kelsey*

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX

DECLARATION OF COMPENSATION STATEMENT BY FENNEMORE CRAIG, P.C.

Case 2:21-bk-05407-MCW    Doc 273    Filed 12/08/21    Entered 12/08/21 14:04:03    Desc
Main Document    Page 3 of 3

19125656.1