DocuSign Envelope ID: CC14684C-31E7-42D3-ACEF-7110941E1E7D

Randy Nussbaum (SBN 006417)
Randy.Nussbaum@SacksTierney.com
Sierra M. Minder (SBN 035795)
Sierra.Minder@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Attorneys for Debtor, Charles Michael Colburn*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHARLES MICHAEL COLBURN,<br><br>    Debtor. | Case No. 2:21-bk-05407-MCW<br><br>Chapter 7<br><br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

    Debtor, Charles Michael Colburn, by and through his undersigned counsel, and pursuant to Rule 9010-1(b) of the Local Rules of Bankruptcy Procedure for the District of Arizona, gives notice of change of counsel. On October 7, 2021, Sacks Tierney, P.A. through attorney Randy Nussbaum entered its Notice of Appearance in this case at Docket Entry 174. For numerous reasons, including a desire to consolidate his state court counsel with his bankruptcy counsel, Debtor has decided to change counsel and is now represented by Fennemore Craig P.C., through Anthony W. Austin and Gerald L. Shelley. The new address for counsel is 2394 E. Camelback Road, Suite 600, Phoenix, Arizona 85016.

    A proposed form of Order Granting Substitution of Counsel is attached.

DATED: December 22, 2021.

SACKS TIERNEY P.A.

By: */s/ Randy Nussbaum*
    Randy Nussbaum
    Sierra M. Minder
    *Attorneys for Debtor*

APPROVED as to form and content
This 22nd day of December 2021 by:

**Fennemore Craig, P.C.**

By: */s/ Anthony W. Austin (with permission)*
Anthony W. Austin (No. 025351)
Gerald L. Shelley (No. 010453)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: aaustin@fennemorelaw.com

DocuSigned by:
*Charles Michael Colburn*
48532BC377FD4D1...

Charles Michael Colburn
Debtor

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on December 23, 2021, to:

| | |
|---|---|
| Janel M. Glynn * | Kenneth L. Neeley * ecf@neeleylaw.com |
| janel@theburgesslawgroup.com | NEELEY LAW GROUP |
| THE BURGESS LAW GROUP | 1120 S. Dobson Road, Suite 230 |
| 3131 E. Camelback Road, Suite 224 | Chandler, AZ 85286 |
| Phoenix, AZ 85015 | *Attorneys for Debtor* |
| *Attorneys for Debtor* | |

DocuSign Envelope ID: CC14684C-31E7-42D3-ACEF-7110941E1E7D

| | |
|---|---|
| David M. Reaves * dreaves@reaves-law.com<br>P.O. Box 44320<br>Phoenix, AZ 85064<br>*Chapter 7 Trustee* | Misty W. Weigle * mweigle@reaves-law.com<br>REAVES LAW GROUP<br>2999 N. 44th St., #515<br>Phoenix, AZ 85018<br>*Attorneys for Chapter 7 Trustee* |
| Elizabeth C. Amorosi *<br>Elizabeth.Amorosi@usdoj.gove<br>USTPRegion14.px.ecf@usdoj.gov<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003 | Steven D. Jerome * sjerome@swlaw.com<br>Emily G. Wagner * ewagner@swlaw.com<br>James G. Florentine *<br>jflorentine@swlaw.com<br>SNELL & WILMER, LP<br>One Arizona Center<br>400 E. Van Buren St., Ste. 1900<br>Phoenix, AZ 85004-2202<br>*Attorneys for Medmen Enterprises, Inc.* |

Shelton L. Freeman *
tfreeman@lgcounsel.com
 filings@lgcounsel.com
L&G LAW GROUP, LLP
6909 E. Greenway Parkway, Suite 100
Scottsdale, AZ 85254
*Attorneys for CSI Solutions, LLC and Kannaboost Technology, Inc.*

By: Sandra E. Dousdebes

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3187862.v1