FENNEMORE CRAIG
Gerald L. Shelley (No. 010453)
Anthony Austin (No. 025351)
2394 East Camelback, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Fax: (602) 916-5469
gshelley@fennemorelaw.com
aaustin@fennemorelaw.com

*Attorneys for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CHARLES MICHAEL COLBURN,<br><br>Debtor. | Chapter 7<br><br>No. 2:21-BK-05407-MCW<br><br>**NOTICE OF HEARING**<br><br>Hearing Date: April 5, 2022<br>Hearing Time: 10:30 a.m. |

**PLEASE TAKE NOTICE THAT** the *Motion to Vacate Part III of Order Dated November 2, 2021 as to Rule 2005 Relief* [DE 345] (the "Motion") will be heard by Honorable Madeleine C. Wanslee, United States Bankruptcy Judge, **April 5, 2022 at 10:30 a.m**. In accordance with General Order 20-3, this hearing will be conducted telephonically. Parties may appear at the hearing either by (1) videoconference by visiting www.zoomgov.com, Meeting ID: 161 724 2602, Passcode: 200654 or (2) telephone by calling (877) 402-9753, Access Code: 7471798, several minutes before the hearing.

**NOTICE IS FURTHER GIVEN** that any opposition to the requested relief set forth in the Motion must be filed and served on or before March 25, 2022 at 5:00 pm. If you object to the relief requested, you must file a WRITTEN response to the proposed Motion with the court. You must also serve your written response on undersigned counsel.

FENNEMORE CRAIG
ATTORNEYS AT LAW
PHOENIX

19435735.1

Case 2:21-bk-05407-MCW    Doc 354    Filed 03/10/22    Entered 03/10/22 09:48:31    Desc
Main Document    Page 1 of 2

| | |
|---|---|
| 1 | If you do not file a written response with the court, the Court may grant the |
| 2 | Motion without further notice or hearing at the scheduled hearing. |

DATED this 10th day of March, 2022.

FENNEMORE CRAIG

By    */s/ Gerald L. Shelley*
        Gerald L. Shelley
        Anthony Austin
        *Attorneys for Debtor*

COPY of the foregoing
Mailed/e-mailed this 10th day of March, 2022, to:

Steven Jerome
Emily Gildar Wagner
James Florentine
Snell & Wilmer L.L.P
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
sjerome@sw.law.com
ewagner@swlaw.com
jflorentine@swlaw.com

David M. Reaves
PO Box 44320
Phoenix, AZ 85064-4320
dreaves@reaves-law.com

Misty W. Weigle
Reaves Law Group
2999 N. 44th Street, #515
Phoenix, AZ 85018
mweigle@reaves-law.com

Janel M. Glynn
The Burgess Law Group
3131 East Camelback Road, Suite 224
Phoenix, AZ 85016
janel@theburgesslawgroup.com

United States Marshal's Service
District of Arizona
U.S. Marshal David Gonzales
Sandra Day O'Connor U.S. Courthouse
401 W Washington St. SPC 64, Suite 270
Phoenix, AZ 85003-2159

*/s/ Gidget Kelsey*