SO ORDERED.

Dated: March 18, 2022



Madeleine C. Wanslee

**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| CHARLES MICHAEL COLBURN, | Case No. 2:21-bk-05407-MCW |
| Debtor. | **ORDER DENYING SERTEC MANAGEMENT, INC.'S AND ACI PROFESSIONAL MANAGEMENT, INC.'S MOTION FOR RECONSIDERATION OF ORDER GRANTING MEDMEN ENTERPRISES, INC.'S APPLICATION FOR U.S. BANK, N.A.'S PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>**OR, IN THE ALTERNATIVE,**<br><br>**MOTION FOR PROTECTIVE ORDER** |

Upon consideration of (1) *Sertec Management, Inc.'s and ACI Professional Management, Inc.'s Motion for Reconsideration of Order Granting MedMen Enterprises, Inc.'s Application for U.S. Bank, N.A.'s Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004, or, in the Alternative, Motion for Protective Order* filed on February 15, 2022 [Dkt. No. 327] (the "Motion") by Sertec Management, Inc. (the "Sertec") and ACI Professional Management, Inc. ("ACI", and together with Sertec, the "Movants"), (2) the *Response to Sertec Management, Inc.'s and ACI Professional Management, Inc.'s Motion for Reconsideration of Order Granting MedMen Enterprises, Inc.'s Application for*

1  *U.S. Bank, N.A.'s Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004, or, in the Alternative, Motion for Protective Order* filed on March 1, 2022 [Dkt. No. 343] (the "Response") by MedMen Enterprises, Inc. ("MedMen"), (3) the *Reply in Support of Motion for Reconsideration of Order Granting MedMen Enterprises, Inc.'s Application for U.S. Bank, N.A.'s Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004, or, in the Alternative, Motion for Protective Order* filed on March 15, 2022 [Dkt. No. 361] by Movants, (4) the Court having held a hearing on the Motion on March 18, 2022 (the "Hearing"), and (5) the entire record in the above-captioned bankruptcy case, and for the reasons set forth on the record at the Hearing, and for good cause appearing therefor,

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED** that:

1. The Motion is DENIED in its entirety;

2. U.S. Bank is hereby directed to comply with the *Order Granting Application for U.S. Bank, N.A.'s Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004* entered on February 1, 2022 [Dkt. No. 312] forthwith;

3. This Order is effective immediately.

**DATED AND SIGNED ABOVE**

4880-1126-5302