SO ORDERED.

Dated: March 25, 2022



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceedings |
|---|---|
| CHARLES MICHAEL COLBURN, | Case No. 2:21-bk-05407-MCW |
| Debtor. | **ORDER DENYING EMERGENCY MOTION FOR INDICATIVE RULING PURSUANT TO FRBP 8008 AND MOTION TO STAY PROCEEDINGS PENDING DISMISSAL** |

Upon consideration of (1) the *Emergency Motion for Indicative Ruling Pursuant to FRBP 8008 and Motion to Stay Proceedings Pending Dismissal* filed on September 7, 2021 [Dkt. No. 124] (the "Original Motion") by Charles Michael Colburn (the "Debtor"), (2) the *Amendment and Supplement to Emergency Motion for Indicative Ruling Pursuant to Fed. R. Civ. P. 8008 and Motion for Stay Pending Appeal* filed on September 15, 2021 [Dkt. No. 143] (the "Amended Motion," and together with the Original Motion, the "Motion") by the Debtor, (3) the *Response and Objection to: (I) Emergency Motion for Indicative Ruling Pursuant to FRBP 8008 and Motion to Stay Proceedings Pending Dismissal and (II) Amendment and Supplement to Emergency Motion for Indicative Ruling Pursuant to Fed. R. Civ. P. 8008 and Motion to Stay Proceedings Pending Dismissal* filed on September 15, 2021 [Dkt. No. 145] (the "Response") by MedMen Enterprises, Inc. ("MedMen"), and (4) the Court having held a hearing on the Motion on March 1, 2022 (the "Hearing"), for the reasons set forth herein, on the record at the Hearing, and in the *Findings of Fact and Conclusions of Law Regarding Order Denying Emergency Motion for Indicative Ruling*

*Pursuant to FRBP 8008 and Motion to Stay Proceedings Pending Dismissal* entered contemporaneously herewith, all of which are incorporated herein by reference, and for good cause appearing therefor,

**THEREFORE, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED** that the Motion is DENIED in its entirety on the merits.

**DATED AND SIGNED ABOVE**

4872-0564-6098