# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | CHARLES MICHAEL COLBURN |
| **Case Number:** | 2:21-BK-05407-MCW    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 11, 2022 01:30 PM    7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | TAYLER CARTER |
| **Reporter / ECR:** | SELVINA BENNINK |

### Matters:

1) EXPEDITED HEARING ON MEDMEN ENTERPRISES, INC.'S MOTION FOR ORDER DIRECTING CONSUMER REPORTING AGENCIES TO FURNISH CONSUMER REPORT
   R / M #:    551 / 0

2) STATUS HEARING
   R / M #:    0 / 0

3) MAY, PONTENZA, BARAN, & GILLESPIE, P.C.'S AMENDED MOTION TO WITHDRAW AS COUNSEL FOR UNISYS TECHNICAL SOLUTIONS, LLC WITH CLIENT CONSENT
   R / M #:    429 / 0
   VACATED:  ORDER GRANTING STIPULATION ON DISCOVERY,
   RULE 2016, AND WITHDRAWAL MATTERS, CONTINUED TO 09-07-2022 AT 2:00 PM

### Appearances:

GERALD L. SHELLEY, ATTORNEY FOR CHARLES MICHAEL COLBURN
DAVID M. REAVES, TRUSTEE
STEVEN D. JEROME, ATTORNEY FOR MEDMEN ENTERPRISES, INC.
JAMES FLORENTINE, ATTORNEY FOR MEDMEN ENTERPRISES, INC.
WARREN J. STAPLETON, ATTORNEY FOR MAY, POTENZA, BARAN, & GILLESPIE, P.C

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

(continue)...    2:21-BK-05407-MCW                THURSDAY, AUGUST 11, 2022 01:30 PM

### *Proceedings:*

**Matter 1:**

Mr. Jerome reviews the motion and notes there are no objections. He discusses the challenges of serving Ms. Colburn. The Debtor has not provided a current address for himself or his spouse. He thinks Mr. Colburn transferred accounts from his name into his wife's name. He responds to the Court's questions. His office sent copies of the motion to Mr. Shelley and Mr. Colburn via Mr. Shelley. He will defer to the Court whether it is necessary to additionally serve Ms. Colburn.

Mr. Shelley does not oppose or support the motion. He refers the Court to Fed. R. Bankr. P. 9014 and 7004. He clarifies he does not have the authority to take a position or accept papers on behalf of Ms. Colburn.

Mr. Reaves supports the motion.

Mr. Stapleton has nothing to add.

COURT: THE COURT PLACES ITS FINDINGS AND CONCLUSIONS ON THE RECORD. MR. COLBURN, AS THE DEBTOR, HAS THE ABILITY TO OBLIGATE HIS MARITAL COMMUNITY. THE COURT FINDS NO ARGUMENT ON THIS RECORD THAT THERE IS SOLE AND SEPARATE PROPERTY OR OTHER ISSUES. DOCUMENTS PROVIDED TO DEBTOR'S COUNSEL, WHO FORWARDS THE PAPERS AND INFORMATION TO THE DEBTOR AND THE DEBTOR'S SPOUSE PRESUMABLY, IS ADEQUATE NOTICE. IT IS ORDERED GRANTING MEDMEN ENTERPRISES, INC.'S MOTION FOR ORDER DIRECTING CONSUMER REPORTING AGENCIES TO FURNISH CONSUMER REPORTS AS TO CHARLES MICHAEL COLBURN AND ERICA BROWN COLBURN. MR. JEROME MAY UPLOAD A FORM OF ORDER.

**Matter 2:**

Mr. Reaves provides an update. He anticipates continuing the 341 meeting on Monday, August 15, 2022 pending the conclusion of Mr. Colburn's Rule 2004 examination. He notes the Debtor has not produced any documents. He informs the Court he negotiated a settlement with the title insurance company. He will submit a 9019 motion to approve the agreement within ten days.

Mr. Shelley is happy to make an additional request to Mr. Colburn concerning the production of documents. He believes September 02, 2022 is sufficient time for MedMen Enterprises, Inc. to file an objection to the Debtor's application for MedMen Enterprises, Inc.'s production of documents failing negotiations.

Mr. Jerome thinks Mr. Colburn seeks to determine what assets his client is aware of. The parties are moving forward with the Rule 2004 examination. He believes it is inappropriate for Mr. Kolsrud to represent Ms. Tonn, Ms. Ward, and Mr. Smigay. He requests one attorney advocate for Mr. Colburn at the examination.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:21-BK-05407-MCW          THURSDAY, AUGUST 11, 2022 01:30 PM

Mr. Shelley states counsel can represent multiple creditors with proper disclosures. He explains Mr. Kolsrud has experience with the Fifth Amendment.

COURT: THE COURT EXPRESSES ITS CONCERNS REGARDING MULTIPLE REPRESENTATIONS BY MR. KOLSRUD. THE COURT WILL DESIGNATE ONE ATTORNEY TO DEFEND THE DEPOSITION.

Mr. Jerome states he was informed that all the documents withheld on the Fifth Amendment do not exist.

COURT: THE COURT WILL ACCEPT MR. JEROME'S INFORMATION AND REQUEST AS A SPEAKING MOTION FOR AN ORDER TO SHOW CAUSE TO CHARLES MICHAEL COLBURN, RANDY NUSSBAUM, JOSH KOLSRUD, AND GERALD SHELLEY TO APPEAR VIA VIDEOCONFERENCE TO EXPLAIN THE STATUS AND LOCATION OF THE DOCUMENTS. MR. JEROME MAY PREPARE AN UPLOAD A FORM ORDER.

Mr. Stapleton explains some of the Unisys Technical Solutions, LLC and the May, Potenza, Baran & Gillespie, P.C. production are co-extensive. He may need additional time to review the emails.

COURT: IT IS ORDERED ESTABLISHING **FRIDAY, SEPTEMBER 16, 2022** AS THE DATE CERTAIN FOR MEDMEN ENTERPRISES, INC. TO FILE AN OBJECTION TO THE DEBTOR'S APPLICATION FOR MEDMEN ENTERPRISES, INC.'S PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004. **TUESDAY, SEPTEMBER 30, 2022** IS THE DATE CERTAIN FOR THE DEBTOR TO FILE A RESPONSE. ANY REPLY THERETO SHALL BE FILED NO LATER THAN **TUESDAY, OCTOBER 11, 2022.**

IT IS FURTHER ORDERED SETTING A CONTINUED HEARING FOR **WEDNESDAY, OCTOBER 12, 2022 AT 10:30 AM.**