# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CHARLES MICHAEL COLBURN | | |
| **Case Number:** | 2:21-BK-05407-MCW | **Chapter:** | 7 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 02, 2022 02:30 PM   VIDEO CONF HRGS | | |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE | | |
| **Courtroom Clerk:** | TAYLER CARTER | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## Matter:

CONTINUED STATUS HEARING

**R / M #:**   615 / 0

## Appearances:

GERALD L. SHELLEY, ATTORNEY FOR CHARLES MICHAEL COLBURN
DAVID M. REAVES, TRUSTEE
STEVEN D. JEROME, ATTORNEY FOR MEDMEN ENTERPRISES, INC.

## Proceedings:

Mr. Jerome understands Mr. Colburn may not appear at the continued Rule 2004 examinations scheduled for Tuesday, September 06, 2022 at 3:00 PM.

Mr. Shelley is unsure if Mr. Colburn will attend the examinations in person. He informs the Court his client is interested in settlement discussions with MedMen Enterprises, Inc. He responds to the Court's questions. He states he is not qualified to engage in Fifth Amendment discussions and Mr. Kolsrud is unavailable Tuesday afternoon. He hopes the meeting on Tuesday morning with MedMen Enterprises, Inc. will be productive. If settlement discussions occur, his client will ask for a 10-day stay of all proceedings in this case.

Mr. Jerome explains why he did not prepare for an 8-hour deposition. If Mr. Colburn appears, he will have two hours of questions and exhibits.

Mr. Reaves provides an update. He states there is a settlement between the purchasers of the home and the title company. He anticipates filing a motion to approve the settlement on Tuesday or Wednesday.

Mr. Jerome's client wants the Trustee to proceed with his administration.

COURT: IF THE PARTIES ENGAGE IN NEGOTIATIONS AND SEEK TO CONTINUE THE RULE 2004 EXAMINATIONS OF CHARLES MICHAEL COLBURN AND UNISYS TECHNICAL SOLUTIONS, LLC, COUNSEL MAY CONTACT ITS COURTROOM DEPUTY AND ADOPT A DATE PREVIOUSLY ESTABLISHED.

09/06/2022 9:57:37AM