# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | CHARLES MICHAEL COLBURN |
| **Case Number:** | 2:21-BK-05407-MCW  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 07, 2022 02:00 PM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | TAYLER CARTER |
| **Reporter / ECR:** | SELVINA BENNINK |

### Matter:

1) MEDMEN ENTERPRISES, INC.'S MOTION TO COMPEL ASHMOON, INC.'S COMPLIANCE WITH RULE 2004 ORDER FILED BY JAMES GEORGE FLORENTINE OF SNELL & WILMER L.L.P. ON BEHALF OF MEDMEN ENTERPRISES, INC.
   R / M #: 581 / 0

2) CONTINUED MAY, PONTENZA, BARAN, & GILLESPIE, P.C.'S AMENDED MOTION TO WITHDRAW AS COUNSEL FOR UNISYS TECHNICAL SOLUTIONS, LLC WITH CLIENT CONSENT
   R / M #: 429 / 0
   VACATED: PER ORDER SIGNED ON 09-30-2022, CONTINUED TO 10-12-2022 AT 10:30 AM

### Appearances:

GERALD L. SHELLEY, ATTORNEY FOR CHARLES MICHAEL COLBURN
DAVID M. REAVES, TRUSTEE
STEVEN D. JEROME, ATTORNEY FOR MEDMEN ENTERPRISES, INC.
WARREN J. STAPLETON, ATTORNEY FOR MAY, POTENZA, BARAN, & GILLESPIE, P.C

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...     2:21-BK-05407-MCW          WEDNESDAY, SEPTEMBER 07, 2022 02:00 PM

## *Proceedings:*

Mr. Jerome reviews the motion and notes no formal or informal responses to the subpoena. He requests the Court grant the motion with the requested monetary sanctions. He explains Mr. Colburn owns 25% of the business. He does not know if a Rule 30(b)(6) representative has been designated on behalf of Ashmoon, Inc. He believes the Ashmoon, Inc. entity is affiliated with Mr. Colburn.

Mr. Shelley responds to the Court's questions. He believes a Rule 30(b)(6) representative is necessary. His client has an interest in Ashmoon, Inc., which occasionally results in a distribution.

Mr. Reaves questions why the information is not forthcoming.

Mr. Stapleton notes some documents related to Ashmoon, Inc. that were not responsive to Unisys Technical Solutions, LLC, will be responsive to the Rule 2004 order.

Mr. Jerome states that he is entitled to Rule 2004 examination of a Rule 30(b)(6) representative.

COURT: THE COURT PLACES ITS FINDINGS AND CONCLUSIONS ON THE RECORD. IT IS ORDERED GRANTING MEDMEN ENTERPRISES, INC.'S MOTION TO COMPEL ASHMOON, INC.'S COMPLIANCE WITH RULE 2004 ORDER. THURSDAY, SEPTEMBER 22, 2022 BY 5:00 PM IS THE DATE AND TIME CERTAIN FOR ASHMOON, INC. TO FULLY COMPLY WITH THE RULE 2004 ORDER AND SUBPOENA. FAILURE TO COMPLY, ASHMOON, INC. WILL INCUR A $620.00 DAILY FEE BEGINNING FRIDAY, SEPTEMBER 23, 2022 UNTIL IT FULLY COMPLIES WITH THE RULE 2004 ORDER AND SUBPOENA. MR. JEROME MAY PREPARE AND UPLOAD A FORM OF ORDER. FURTHER, MR. JEROME SHALL UPLOAD A FORM OF ORDER GRANTING AN AWARD OF ATTORNEYS' FEES AND COSTS TO BE DETERMINED BY THE COURT UPON APPLICATION.

IT IS FURTHER ORDERED SETTING A STATUS HEARING FOR WEDNESDAY, OCTOBER 12, 2022 AT 10:30 AM.